UNITED STATES of America, Appellee,

v.

**Gail BURSHIEM, Appellant.**

No. 07–1282.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2007.

Filed: Oct. 4, 2007.

Before BYE, RILEY, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Gail Burshiem (Burshiem) pled guilty to obtaining controlled substances by fraud, in violation of 21 U.S.C. §§ 843(a)(3) and 846, and was sentenced to four years' probation. Finding Burshiem violated the conditions of her probation, the district court[1] later revoked Burshiem's probation and sentenced her to 9 months' imprisonment and 12 months' supervised release.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.

On appeal, Burshiem's counsel moved to withdraw and filed a brief arguing the sentence imposed is unreasonable. After reviewing the record and counsel's brief, we conclude the court considered relevant 18 U.S.C. § 3553(a) factors and did not impose an unreasonable sentence. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (standard of review). We therefore affirm, and we grant counsel's motion to withdraw.